**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 15, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00154-CR

---

### GLORIA CAROLINA BARRERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 12th District Court
Grimes County, Texas
Trial Court Cause No. 18512**

---

### MEMORANDUM OPINION

Appellant Gloria Carolina Barrera has signed and filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

Do Not Publish – Tex. R. App. P. 47.2(b)